**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

KYRONE BROYLES,

Case No.: **2:25-cv-03553- GRB-LGD**

Plaintiffs,

-against-

**NOTICE OF SUBSTITUTION OF COUNSEL**

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF, ANTHONY J. LaROCCO, in his official capacity, CORRECTIONS OFFICER JOHN DOES #1-10 (factiously named), in their individual and official capacities,

Defendants.

----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Mohammad Tahir as counsel of record on behalf of Defendants:

Steven Dalton Esq.
Deputy County Attorney
*Attorney for County Defendants*
Office of the Nassau County Attorney
1 West Street, Mineola, NY 11501
SDalton@nassaucountyny.gov
516-571-3013

Please serve all paper and future notifications on the attorney for Defendants at the address set forth above and please terminate Mohammad Tahir from the docket as counsel of record and replace him with Steven Dalton.

Dated: September 1, 2026

Mineola, New York

**HON. THOMAS A. ADAMS**
County Attorney of Nassau County

*Steven Dalton*

Steven Dalton Esq.
Deputy County Attorney
*Attorney for County Defendants*
Office of the Nassau County Attorney
1 West Street, Mineola, NY 11501
SDalton@nassaucountyny.gov
516-571-3013

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

KYRONE BROYLES,

Plaintiffs, Case No.: **2:25-cv-03553- GRB-LGD**

-against-

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF, ANTHONY J. LaROCCO, in his official capacity, CORRECTIONS OFFICER JOHN DOES #1-10 (factiously named), in their individual and official capacities,

Defendants.

---------------------------------------------------------------x

**DECLARATION OF MOHAMMAD TAHIR IN SUPPORT OF DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL**

**MOHAMMAD TAHIR,** an attorney duly admitted to practice in the above-captioned matter in Eastern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Deputy County attorney in the office of the Nassau County Attorney's and Defendants' counsel of record in the above-captioned action.
2. I will be leaving Nassau County's Attorney's Office on September 4, 2026, after which time I will have no involvement in this matter.
3. The representation of Defendants has been transferred to another Deputy County Attorney at my office, who is filing a notice of substitution of counsel along to with this declaration.
4. Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the notice of substitution of counsel.

[REMAINDER OF THE PAGE IS INTENTIONALLY BLANK]

Very truly yours,

**THOMAS A. ADAMS**
County Attorney of Nassau County

*Mohammad A. Tahir*

Mohammad A. Tahir, Esq.
Deputy County Attorney
*Attorney for County Defendants*
Office of the Nassau County Attorney
1 West Street, Mineola, New York 11501
Mtahir@nassaucountyny.gov
516-571-6664