Horn Wright LLP

400 Garden City Plaza
Garden City, NY 11530
Tel: 516.355.9696
Fax: 516.355.9697
Direct Tel: 516.355.9667
Direct Fax: 516.740.2009
shp@hornwright.com

**Sheetal Paul**
Counsel

November 20, 2026

**VIA ECF ONLY**
Honorable Magistrate Judge Lee G. Dunst
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re.:** ***Kyrone Broyles v. County of Nassau, et al.***
Docket No.: 2:25-cv-03553 (GRB)( LGD)

Dear Judge Dunst:

Horn Wright, LLP represents Plaintiff Kyrone Broyles ("Plaintiff") in connection with the above-referenced matter. The present is a joint submission.

In the Order dated October 14, 2026, the parties were directed to file a status report by November 20, 2026. We write to respectfully notify the Court that the parties are still actively engaged in settlement discussions. Mr. Fernandez and Mr. Rozea have already settled a number of matters and are hopeful this matter will also settle soon through these continued discussions. The parties have exchanged offers and demands. The parties are not monetarily far apart at the moment. At the Court's direction we can provide a further update within thirty (30) days.

Thanking the Court for its time and consideration, I remain

Respectfully,
**HORN WRIGHT, LLP**

By: */S Sheetal Paul*
Sheetal Paul

cc: Steven Dalton, Esq. (*via ECF*)